UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ADDIE ALEXIS VILLAVASSO                          CIVIL ACTION

VERSUS                                           NO.  13-634

SOCIAL SECURITY ADMINISTRATION                   SECTION "I" (3)

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the

Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the Defendant's Motion[1] for Summary Judgment is **GRANTED**, the

Plaintiff's Motion[2] for Summary Judgment is **DENIED** and that the plaintiff's complaint be and is

hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 7th day April, 2014.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1]  Rec. Doc. No. 21

[2]  Rec. Doc. No. 17